DOWNEY BRAND LLP
Matthew J. Weber, California Bar No. 227314
mweber@downeybrand.com
Sean J. Filippini, California Bar No. 232380
sfilippini@downeybrand.com
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:   (209) 473-6450
Facsimile:   (209) 473-6455

Attorneys for Use Plaintiff
BIG B CONSTRUCTION, INC.

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BIG B CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASCON, INC., a California Corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01979-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

///

///

///

///

1445194.1

Plaintiff BIG B CONSTRUCTION, INC. ("Big B"), and Defendants MASCON, INC. ("Mascon") and TRAVELERS CASUALTY AND SURETY OF AMERICA ("Travelers"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. Big B filed the above-entitled lawsuit against Mascon and Travelers on or about August 25, 2014, alleging claims for: (1) Recovery on Bond (Miller Act), (2) Breach of Contract, (3) Account Stated, and (4) Goods and Services Rendered.

2. Because the Subcontract that was in dispute in this Action contained an arbitration provision, on February 9, 2015, the Parties entered into a stipulation to stay this Action to allow the parties to arbitrate their dispute.

3. On February 10, 2015, this Court, pursuant to the parties' stipulation entered an order staying this matter until the conclusion of the arbitration.

4. The parties engaged in settlement discussions and entered into a binding settlement agreement.

5. All conditions of the settlement have been satisfied, and the parties wish to dismiss the Complaint with prejudice pursuant to their settlement agreement.

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: May 19, 2016

DOWNEY BRAND LLP


By: */s/ Matthew J. Weber*
MATTHEW J. WEBER
SEAN J. FILIPPINI
Attorneys for Plaintiff
BIG B CONSTRUCTION, INC.

///

///

///

1445194.1

1

DOWNEY BRAND LLP

DATED:  May 19, 2016              LAW OFFICES OF GEORGE GORE


By _____ */s/ George Gore*
GEORGE GORE
Attorneys for Defendants
MASCON, INC., and TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA


### **ORDER**

Good cause appearing, IT IS SO ORDERED that this matter is dismissed pursuant to Rule 41 (a) (2), this matter is dismissed.

Dated:  May 19, 2016

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge

DOWNEY BRAND LLP

1445194.1                              2

STIPULATION FOR DISMISSAL AND ORDER